IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LANCHESTER FREEMAN, | § | |
|    #339862, | § | |
|       PETITIONER, | § | |
| | § | |
| V. | § | CIVIL CASE NO. 3:22-CV-1620-K-BK |
| | § | |
| BRYAN COLLIER, ET AL., | § | |
|       RESPONDENT. | § | |

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. The court has reviewed findings, conclusions, and recommendation for plain error. Finding no error, the court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED.

Signed June 27th, 2023.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE